# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3141**                      **September Term, 2023**

1:21-cr-00028-APM-5
1:21-cr-00028-APM-4
1:21-cr-00028-APM-16
1:21-cr-00028-APM-9
1:21-cr-00028-APM-7
1:21-cr-00028-APM-20

**Filed On: April 1, 2024** [2047788]

United States of America,

      Appellee

  v.

Michael S. Greene, also known as Michael Dean Simmons,

      Appellant

------------------------------

Consolidated with 23-3179, 23-3191, 23-3200, 23-3201, 23-3203, 23-3204, 23-3205, 23-3206

# O R D E R

By order filed February 13, 2024, appellant Michael Greene was directed to file a transcript status report by February 16, 2024, and at 15-day intervals thereafter. To date, the requisite status report has not been filed by appellant. Upon consideration of the foregoing, it is

**ORDERED**, on the court's own motion, that by April 15, 2024, appellant Greene show cause why case No. 23-3141 should not be dismissed for failure to prosecute. The response to the order to show cause may not exceed the length limitations established by Fed. R. App. P. 27(d)(2) (5,200 words if produced using a computer; 20 pages if handwritten or typewritten). Failure by appellant Greene to comply with this order may result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                          BY:    /s/
                                 Laura M. Morgan
                                 Deputy Clerk